DEUTSCH v. FISHER

No. 11 PC.

Case below: 39 N.C. App. 304.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 March 1979.

GARRETT v. GARRETT & GARRETT FARMS

No. 201 PC.

Case below: 39 N.C. App. 210.

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 March 1979.

GLADSTEIN v. SOUTH SQUARE ASSOC.

No. 13 PC.

Case below: 39 N.C. App. 171.

Petition by defendants for discretionary review under G.S. 7A-31 denied 6 March 1979.

MYERS v. MYERS

No. 7 PC.

Case below: 39 N.C. App. 201.

Petition by defendant for discretionary review under G.S. 7A-31 denied 6 March 1979.

POAG v. POWELL, COMR. OF MOTOR VEHICLES

No. 14 PC.

Case below: 39 N.C. App. 363.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 6 March 1979.